■ In the Matter of GRACE McVEY, Appellant, v CITY OF NEW YORK HOUSING AND DEVELOPMENT ADMINISTRATION, Respondent.—In a proceeding pursuant to CPLR article 78 to, *inter alia,* review a determination upholding the eviction of the petitioner from her apartment, petitioner appeals from a

judgment of the Supreme Court, Queens County, dated July 21, 1978, which denied her petition. Judgment affirmed, with $50 costs and disbursements. There is ample evidence in the record to support the determination in this matter. Hopkins, J. P., Damiani, Rabin and Mangano, JJ., concur.